UNITED STATES DISTRICT COURT                    ECF CASE

SOUTHERN DISTRICT OF NEW YORK                   08 CV 00488 (LBS)

---

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                                   Plaintiff,

        - against -                                     DEFENDANT, NIPPON YUSEN KAISHA'S
                                                        CORPORATE DISCLOSURE STATEMENT
AMERICAN HERITAGE FURNITURE, INC.,
                                                        [F.R.Civ.P. 7.1]
                                   Defendant.

---

        Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz

Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held

corporation owns 10% or more of its stock.

Dated: New York, NY                     CICHANOWICZ CALLAN KEANE VENGROW
                                         & TEXTOR, LLP, 61 Broadway, Ste. 3000
        January 16, 2007                New York, NY 10006 – Tel. 212-344-7042


                                        By: /s/_____Joseph De May, Jr.._____
                                                Joseph De May, Jr. [JD-9105]
                                                Attorneys for Plaintiff