UNITED STATES DISTRICT COURT          ECF CASE

SOUTHERN DISTRICT OF NEW YORK         08 CV 00488 (LBS)

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                      Plaintiff,
    - against -                          SUMMONS AND PROCESS OF MARITIME
                                            ATTACHMENT AND GARNISHMENT
AMERICAN HERITAGE FURNITURE, INC.,

                      Defendants.

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the U.S. District Court for the Southern District of New York, GREETINGS:

      WHEREAS, the attached Verified Complaint in admiralty was filed herein for damages alleged to be due the said Plaintiff and praying that process of attachment and garnishment be issued;

      WHEREAS, said Verified Complaint is supported by a declaration that the defendant, AMERICAN HERITAGE FURNITURE, INC., cannot be found in this District;

      NOW, THEREFORE, we do hereby command that you attach defendant, AMERICAN HERITAGE FURNITURE, INC.'s goods, chattels, credits, and effects up to the amount sued for, namely: the property of defendant within the District, including monies owed to defendant by, or otherwise held by the following garnishees, to the extent of $29,917.50:

      AMERICAN EXPRESS BANK
      c/o Zeichner Ellman & Krause LLP
      575 Lexington Avenue, New York, NY 10022

      BANK OF AMERICA
      345 Park Avenue, New York, NY

BANK OF CHINA
410 Madison Avenue, New York, NY

BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY

BARCLAY'S BANK
200 Park Avenue, New York, NY

BNP PARIBAS
787 Seventh Avenue, New York, NY

CITIBANK, N.A.
90 Park Avenue at East 40th Street, New York, NY

CREDIT SUISSE FIRST BOSTON
One Madison Avenue, New York, NY

HSBC (USA) BANK
452 Fifth Avenue, New York, NY

J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, New York, NY

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

WACHOVIA BANK
360 Madison Avenue, New York, NY

And, that you promptly, after execution of this process, file same with the Court, with your return thereon; and

Garnishee is required, pursuant to Rule B(3)(a) of the Supplement Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, an answer to the Verified Complaint, together with answers to any interrogatories which may be served with the Verified Complaint, within 20 days after service of this Summons With Process of Maritime Attachment and Garnishment.

Defendants are required, pursuant to Rule B(3)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, to serve upon Plaintiff's attorneys, Cichanowicz, Callan, Keane, Vengrow & Textor, LLP, 61 Broadway, Suite 3000, New York, New York 10006-2802, its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee

WITNESS, The Honorable Judges of this Court on this 24 day of September, 2007

J. Michael McMahon, Clerk

By: *[signature]* Deputy Clerk

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY *[signature]* DEPUTY CLERK

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ECF CASE |
| SOUTHERN DISTRICT OF NEW YORK | 08 CV 00488 (LBS) |

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

                Plaintiff,

- against -

AMERICAN HERITAGE FURNITURE, INC.,

                Defendant.

DECLARATION OF SERVICE

JAMIE RODRIGUEZ declares that the following statement is true under the penalties of perjury:

1. I am over the age of 18 years and I am not a party to this action.

2. On the dates and at the addresses set out in the attached list filled in by me, I served true and complete copies of the following process and pleadings in this case upon the garnishees also set out in the attached list:

    (a)    Process of maritime attachment and garnishment;

    (b)    Court order granting attachment;

    (c)    Court order allowing for substitute process server;

    (d)    Plaintiff's Supplemental Admiralty Rule B declaration;

    (e)    Plaintiff's Memorandum in support of attachment;

    (f)    Plaintiff's summons;

    (g)    Plaintiff's complaint;

    (h)    Plaintiff's corporate disclosure statement;

For each garnishee, service was made by personal delivery to the person identified and described in the attached list; and each such personal represented to me that he or she was authorized to receive service of process for that garnishee.

Dated: New York, New York

      February 20, 2008

/s/ _____Jamie Rodriguez_____

           JAMIE RODRIGUEZ

AMERICAN EXPRESS BANK
c/o Zeichner Ellman & Krause LLP
575 Lexington Avenue, New York, NY 10022

Date Served: 2-14-08

Name of Person Served: Michael Antonivich

Job Title of Person Served: Managing Clerk

    Gender: Male

    Hair Color: Greyish/Brown

    Approximate Height: 6 ft

    Approximate Weight: 155

    Approximate Age: 45


BANK OF AMERICA
345 Park Avenue, New York, NY

Date Served: 2-14-08

Name of Person Served: Louis D'Agostino

Job Title of Person Served: Vice President

    Gender: Male

    Hair Color: Grey/White

    Approximate Height: 5-8

    Approximate Weight: 145

    Approximate Age: 62


~~BANK OF CHINA~~
~~410 Madison Avenue, New York, NY~~

~~Date Served:~~

Name of Person Served:

~~Job Title of Person Served:~~

    ~~Gender:~~

    ~~Hair Color:~~

    ~~Approximate Height:~~

    ~~Approximate Weight:~~

    ~~Approximate Age:~~

BANK OF NEW YORK
120 Broadway, Legal Dept., 19th Fl., New York, NY
Date Served: 2-12-08
Name of Person Served: Vocel P. Muccalli
Job Title of Person Served: Legal administrator
    Gender: Female
    Hair Color: Grey/Blond
    Approximate Height: 5-8
    Approximate Weight: 130
    Approximate Age: 29

BARCLAY'S BANK
200 Park Avenue, New York, NY
Date Served: 2-13-08
Name of Person Served: Alan B. Kaplan
Job Title of Person Served: Deputy General Counsel
    Gender: Male
    Hair Color: Grey
    Approximate Height: 5-2
    Approximate Weight: 135
    Approximate Age: 50

BNP PARIBAS
787 Seventh Avenue, New York, NY
Date Served: 2-14-08
Name of Person Served: Denise Campbell
Job Title of Person Served:
    Gender: Female
    Hair Color: Blond
    Approximate Height: 5-2
    Approximate Weight: 125
    Approximate Age: 30

CITIBANK, N.A.
1 Court Square, 7th Floor, Zone 5, Long Island City, NY
Legal Service Intake Unit
Date Served: 2-15-08
Name of Person Served: Russum Abi Jally
Job Title of Person Served: Asst. Vice President / Legal Service Intake Unit.

- Gender: male
- Hair Color: Black/Gray
- Approximate Height: 5-5
- Approximate Weight: 135
- Approximate Age: 45

CREDIT SUISSE FIRST BOSTON
One Madison Avenue, Legal & Compliance, New York, NY
Date Served: 2/13/08
Name of Person Served: Kathrin Mahgerefteh.
Job Title of Person Served: Asst. Vice President / Legal & Compliance.

- Gender: female
- Hair Color: Blond.
- Approximate Height: 5-3
- Approximate Weight: 125
- Approximate Age: 30

HSBC (USA) BANK
452 Fifth Avenue, New York, NY
Date Served: 2-15-08
Name of Person Served: Esther Akinsanya.
Job Title of Person Served: Customer Service

- Gender: female
- Hair Color: Black
- Approximate Height: 5-2
- Approximate Weight: 125
- Approximate Age: 25

J.P. MORGAN CHASE BANK
1 Chase Manhattan Plaza, Floor 20, New York, NY

Date Served: 2/12/08

Name of Person Served: Doreen Bertone.

Job Title of Person Served: Legal specialist III

    Gender: female

    Hair Color: Black

    Approximate Height: 5-6

    Approximate Weight: 140

    Approximate Age: 58

STANDARD CHARTERED BANK
1 Madison Avenue, New York, NY

Date Served: 2/13/08

Name of Person Served: Johanny Terrero

Job Title of Person Served: Legal Dept.

    Gender: female

    Hair Color: Black

    Approximate Height: 5-6

    Approximate Weight: 135

    Approximate Age: 30

WACHOVIA BANK
360 Madison Avenue, New York, NY

Date Served: 2-14-08

Name of Person Served: Ever Garcia

Job Title of Person Served:

    Gender: Black

    Hair Color: Black

    Approximate Height: 5-10

    Approximate Weight: 140

    Approximate Age: 30