

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-08

**MEMO ENDORSED**

# American Heritage Furniture

8297 Champions Gate Blvd. #303; Champions Gate, FL 33896
Tel 877-243-1222, Fax 407-401-9727

To: Chambers of the Honorable Judge Sands
Fax #: 1-212-805-7919
From: L. Doyle
Date: 4/1/08
Number of pages including this cover: 4

RE: Case # 08 CV 00488

Hello;

COPIES MAILED TO ALL PARTIES
4-2-08 94.

We would like to file a motion of dismissal for the summary judgment of $29,917.50 against American Heritage Furniture, Inc. American Heritage Furniture, Inc. did file a response to plaintiff's attorney in the allotted time period as specified on court document.

We request a re-scheduling of court date April 8th at 2:15pm; to any later date which will conform to court schedule and convenience. There has been no previous request for extension or rescheduling.

At that time, American Heritage Furniture, Inc. is prepared to argue that NYK Line uses deceptive pricing practices, was unable to provide service as promised to American Heritage Furniture, Inc. and hence has caused irreparable long term monetary damage to the past, present and future wholesale business division of American Heritage Furniture, Inc.

Enclosed as follows:
1) communication with plaintiff's Attorney
   a) Letter sent
   b) Proof of delivery
   c) Copy of front page of our court document

Thank you for your kind consideration.
Sincerely,
Laurence Doyle,
President, American Heritage Furniture, Inc.

**MEMO ENDORSED**

Endorsement:
After an attorney submits a notice of appearance for American Heritage Furniture, Inc the court will set a new date for further proceedings in this case subsequent to April 8, 2008. So ordered.
[signature] USDJ
4/2/08