

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

NIPPON YUSEN KAISHA
a.k.a. NYK LINE

**SUMMONS IN A CIVIL ACTION**

V.

AMERICAN HERITAGE FURNITURE, INC.

CASE NUMBER:

# 08 CV 00488

TO: (Name and address of Defendant)

> AMERICAN HERITAGE FURNITURE, INC.
> 8297 Champions Gate Boulevard 303
> Davenport, FL 33896

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Cichanowicz Callan Keane Vengrow & Textor, LLP
> 61 Broadway, New York, NY 10006
> (212) 344-7042

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                  JAN 18 2008

CLERK                                                    DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

NIPPON YUSEN KAISHA A.K.A. NYK LINE

Plaintiff(s)

- against -

Index # 08 CV 488

AMERICAN HERITAGE FURNITURE, INC.

Purchased January 18, 2008

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF Florida : COUNTY OF Polk    ss:

Linda Rodriguez BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Winter Haven, FL

That on February 7, 2008 at 10:10 AM at

C/O THE UPS STORE
1297 CHAMPIONS GATE BOULEVARD 303
DAVENPORT, FL 33896

Deponent served the within SUMMONS & VERIFIED COMPLAINT; RULE 7.1 STATEMENT; JUDGES RULES on AMERICAN HERITAGE FURNITURE, INC. therein named,

CORPORATION a FOREIGN corporation by delivering thereat a true copy of each to NORMAN RUSCETTE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT; RULE 7.1 STATEMENT; JUDGES RULES as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY | 55 | 5'6 | 140 |
| GLASSES | | | | | |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 4/4/08

Notary:

Nedra N. Powell
Commission #DD343126
Expires: Aug 02, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Server:

Invoice #: 456166