```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NIPPON YUSEN KAISHA a/k/a NYK LINE,       :

                Plaintiff,       :       **ORDER**

    -against-       :       08 Civ. 488 (LBS)

AMERICAN HERITAGE FURNITURE,       :

                Defendant.       :
-----------------------------------------------------------x

SAND, J.

        The Court having been advised that the Corporate defendant has not yet filed an answer in this action, it is hereby ordered that defendant must do so not later than May 15, 2008, or will be subject to sanctions including a possible finding that it is in default.

SO ORDERED.

Dated:    New York, New York
           April 21, 2008

                                                    _____
                                                    U.S.D.J.

COPIES MAILED TO ALL PARTIES
4-21-08