9085/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08
```

NIPPON YUSEN KAISHA a.k.a. NYK LINE,

           Plaintiff,

- against -

AMERICAN HERITAGE FURNITURE, INC.,

           Defendant.

ECF CASE

08 CV 00488 (LBS)

DEFAULT JUDGMENT

    Whereas, this action was commenced on January 18, 2008 by the filing of the Summons and Complaint;

    Whereas, a copy of the Summons and Complaint having been personally served on defendant on February 7, 2008 by personal service on Norman Ruscette at defendant's business address, 8297 Champions Gate Blvd., #303, Champions Gate, Florida 33896;

    Whereas, a proof of service was filed on April 16, 2008;

    Whereas, the defendant has not answered the Complaint, and the time for answering the Complaint has expired;

    Now on motion of the plaintiff it is hereby ORDERED, ADJUDGED AND DECREED: That plaintiff have judgment against defendant in the liquidated amount of $19,945.00 with interest at 9% per annum from September 11, 2006 on $12,295.00 of the $19,945.00, from February 26, 2007 on $3,265.00 of the $19,945.00, and from April 14, 2007 on $4,385.00 of the

$19,945.00, all interest totaling $2,976.61, plus costs of $350.00 for the Court's filing fee, amounting in all to $23,271.61.

So ordered this 22 day of July, 2008

_____
U.S.D.J.

This document was entered on the docket on _____.